IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02575-AP

**PHYLLIS B. MARQUEZ,**

        Plaintiff,

**v.**

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

JAMES E. FREEMYER #11839
1575 Race Street
Denver, Colorado 80206
(303) 861-0868
(303) 860-1343 (facsimile)
E-mail: Jamesfreemyer@msn.com

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0770 (facsimile)
E-mail: tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42, U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:**
    December 20, 2005.
    December 29, 2005 - Amended

    **B.   Date Complaint Was Served on U.S. Attorney's Office:**
    Complaint was served via Certified Mail on December 20, 2005 and reserved on December 29, 2005.

    **C.   Date Answer and Administrative Record Were filed:**
    Answer filed March 13, 2006.
    Administrative Record filed on March 14, 2006.

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This matter does not involve unusually complicated claims out of the ordinary.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

    **A.   Plaintiff's Opening Brief Due:**   May 12, 2006

    **B.   Defendant's Response Brief Due:**   June 12, 2006

    **C.   Plaintiff's Reply Brief (If Any) Due:** June 26, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     A.   **Plaintiff's Statement:**     The Plaintiff does not request oral argument.

     B.   **Defendant's Statement:**   Oral Argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.   ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.   ( X )   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.**


DATED this 3rd day of  April , 2006.

                                         BY THE COURT:

                                          S/John L. Kane
                                         U.S. DISTRICT COURT JUDGE

APPROVED:

                                            UNITED STATES ATTORNEY

s/James E. Freemyer  
JAMES E. FREEMYER #11839  
1575 Race Street  
Denver, Colorado 80206  
Telephone:  (303) 861-0868  
E-mail: jamesfreemyer@msn.com  

Attorney for Plaintiff

s/Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone:  (303) 844-0017  
E-mail:  tom.kraus@ssa.gov  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorney for Defendant