IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-2575-AP**

**PHYLLIS B. MARQUEZ,**

      Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #18), filed June 21, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  June 22, 2006

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT