IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2575-AP**

**PHYLLIS B. MARQUEZ,**

                        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

                        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      The Motion for Attorney Fees (doc. #23), filed July 25, 2006, is DENIED with leave to re-file for failure to comply with D.C.COLO.LCivR 7.1A.

---

Dated:  July 25, 2006