IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-2575-AP**

**PHYLLIS B. MARQUEZ,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Motion for an Award of Attorney Fees Under the Equal Access to Justice Act (doc. #25), filed July 31, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff attorney fees in the amount of **$1,875.00**.

Dated at Denver, Colorado, this 31th day of July, 2006.

                              BY THE COURT:

                              **S/John L. Kane**
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT